No. 72–6359. REECE *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS concurs in the denial of certiorari solely because the judgment below rests on an adequate state ground.